# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144960

DAVID PULICE,
Plaintiff-Appellee,

v

SC: 144960
COA: 302092
Oakland CC: 2009-099290-NH

BOTSFORD GENERAL HOSPITAL, JOHN D.
PARMELY, D.O., JOHN D. PARMELY, D.O.,
P.C., d/b/a SPECIALIST IN GENERAL
SURGERY, JEFFREY SERWIN, D.O., and
BOTSFORD ANESTHESIOLOGISTS, P.C.,
Defendants-Appellants.

_____/

On order of the Court, the application for leave to appeal the March 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

Clerk

d0716